**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| VICTOR CESAR ESPINOZA BERNAL, | : |
| | :    Case No. 2:26-CV-04470 |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| TODD BLANCHE, Attorney General of the | : |
| United States; MARKWAYNE MULLINS, | : |
| in his official capacity as Secretary of the | : |
| Department of Homeland Security, | : |
| JOSEPH B. EDLOW, in his official capacity | : |
| As Director of U.S. Citizenship and Immigration | : |
| Services; THOMAS SCHUURMANS, in his | : |
| Official capacity as Director, Nebraska Service | : |
| Center, U.S. Citizenship and Immigration Services, | : |
| | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I, Lauren V. Amjed, attorney for Plaintiff, Victor Cesar Espinoza Bernal, hereby certify that on

this 29th day of June, 2026, I electronically filed the foregoing Complaint with the Clerk of

Court using the Court's CM/ECF system.  I further certify that, following issuance of the

summonses, Plaintiff will serve the Summons and Complaint upon defendants in accordance

with Rule 4(i) of the Federal Rules of Civil Procedure at:

Markwayne Mullin, Secretary
U.S. Department of Homeland Security
245 Murray Lane, SW
Mail Stop 0485
Washington, DC  20528

Joseph B. Edlow, Director
U.S. Citizenship and Immigration Services
5900 Capital Gateway Dr.
Camp Springs, MD 20588

Todd Blanche, U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
usics.serviceofprocess@uscis.dhs.gov

U.S. Attorney's Office
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106

USCIS Office of the Chief of Counsel
5900 Capitol Gateway Drive
Mail Stop 2120
Camp Springs, MD 20588-0009

Thomas Schuurmans, Director
U.S. Citizenship and Immigration Services
5900 Capitol Gateway Drive
Camp Springs, MD 20588-0009

Dated: June 29, 2026

Respectfully submitted,

/s/ Lauren V. Amjed
Lauren V. Amjed, Esq.
Sweet & Paciorek, LLC
PO Box 1216
Avondale, PA 19311
Office: 484-868-4814
lauren@sweetpaciorek.com