AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 26-4470

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Markwayne Mullins, Secretary of Homeland Security

was received by me on *(date)*        06/30/2026        .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*:   Service made per F.R.Civ.P. 4(i) by USPS Certified Mail on 7/1/2026 at address listed on
attached receipt. Service complete on 7/6/2026 at evidenced on USPS tracking attached.


My fees are $ _____ for travel and $    22.80    for services, for a total of $    22.80    .


I declare under penalty of perjury that this information is true.


Date:    07/08/2026    

_____          /s/ Lauren V. Amjed
                                              *Server's signature*

_____          Lauren V. Amjed
                                              *Printed name and title*

                                              Sweet & Paciorek LLC
                                              PO Box 1216
                                              Avondale PA 19333

_____          *Server's address*


Additional information regarding attempted service, etc:
  See attached USPS Certified Mail Receipt and USPS Tracking Notice



**Tracking Number:**

# 95890710527014353336846

Copy    Add to Informed Delivery

## Latest Update

Your item was delivered to an individual at the address at 9:57 am on July 6, 2026 in WASHINGTON, DC 20528.

**Get More Out of USPS Tracking:**
**USPS Tracking Plus®**

### Delivered

**Delivered, Left with Individual**
WASHINGTON, DC 20528
July 6, 2026 9:57 AM

**See All Tracking History**

## What Do USPS Tracking Statuses Mean?

## Text & Email Updates

## USPS Tracking Plus®

## Product Information

Postal Product:
Priority Mail®
Features:
Certified Mail™
Up to $100 insurance included. Restrictions Apply

See tracking for related item: **95909402980852667899664**

See
Less